BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



FILED

FEB 16 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 1:12 CR 00044 AWI DLB |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 922(g)(1) - Felon in Possession of Ammunition; 18 U.S.C. § 922(g)(9) - Possession of Ammunition After Suffering a Misdemeanor Domestic Violence Conviction; 18 U.S.C. §853 - Criminal Forfeiture |
| v. | |
| LUIS MONTOYA, | |
| Defendant. | |

I N D I C T M E N T

COUNT ONE:   [18 U.S.C. § 922(g)(1) - Felon in Possession of Ammunition]

The Grand Jury charges: T H A T

LUIS MONTOYA,

defendant herein, on or about February 2, 2012, in the County of Fresno, State and Eastern District of California and elsewhere, having been convicted of a crime punishable by imprisonment for a term exceeding one, to wit:

2001 Conviction in Fresno County Superior Court for a violation of California Health and Safety Code, Section 11378(a), Possession of a Controlled Substance for Sale;

2007 Conviction in Fresno County Superior Court for a violation of California Penal Code, Section 273.5, Infliction of Corporal Injury on a Spouse or Cohabitant,

2009 Conviction in Fresno County Superior Court for a violation of California Penal Code, Section 12021(a), Felon in Possession of a Firearm

did knowingly possess Remington ammunition which had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWO: [18 U.S.C. §922(g)(9) - Possession of Ammunition After Suffering a Misdemeanor Domestic Violence Conviction]

The Grand Jury further charges: T H A T

LUIS MONTOYA,

defendant herein, on or about February 2, 2012, in the County of Fresno, State and Eastern District of California and elsewhere, having been convicted of a misdemeanor crime of domestic violence, to wit:

2007 Fresno County Superior Court conviction for Infliction of Corporal Injury Upon a Spouse or Cohabitant in violation of California Penal Code, section 273.5(a)

knowingly received and possessed ammunition, to wit, Remington ammunition, which had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(9).

///
///
///

**Forfeiture Allegation:**   [18 U.S.C. §924(d) and 28 U.S.C. §2461(c) – Criminal Forfeiture]

The Grand Jury further charges:

LUIS MONTOYA,

defendant herein, as follows:

Upon conviction of one or more of the offenses alleged in count One of the Indictment, defendant Luis Montoya, shall forfeit to the United States pursuant to 18 U.S.C. §924(d) and 28 U.S.C. §2461(c), any ammunition involved or used in the commission of the offense.

If any property subject to forfeiture, as a result of the offenses alleged in Count One of this indictment:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §2461(c), to seek forfeiture of any other property of said ///

///
///
///
///
///
///
///

1 defendant(s) up to the value of the property subject to
2 forfeiture.

3                                         A TRUE BILL,

4                                         /s/ Signature on file w/AUSA
                                          FOREPERSON

6 BENJAMIN B. WAGNER
  United States Attorney
7         Stanley A. Boone for
  By_____
8 MARK E. CULLERS
  Assistant U.S. Attorney
9 Chief, Fresno Office

4