*No.*

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*



FILED
FEB 16 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## THE UNITED STATES OF AMERICA

*vs.*

### LUIS MONTOYA

1:12 CR 00044 AWI DLB

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 922(g)(1) - FELON IN POSSESSION OF AMMUNITION; 18 U.S.C. §924(d) and 28 U.S.C. § 2461(c) - CRIMINAL FORFEITURE

*A true bill,*

/s/

_____
Foreman.

*Filed in open court this* _____ *day*

*of* _____, *A.D. 20* _____

**NO BAIL WARRANT**

_____
Clerk.

Bail, $ _____

*B. McAuliffe*

GPO 863 525

AO 257 (Rev. 5/2003)

Yes: SKO conflict in USAO (before 9/1/10) PER 18 U.S.C 3170

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

- [ ] COMPLAINT
- [ ] INFORMATION
- [X] INDICTMENT
- [ ] SUPERSEDING INFORMATION
- [ ] SUPERSEDING
- [ ] SEALED
- [ ] Court No.

**OFFENSE CHARGED**

18/922(g)(1)
18/924(d) &
28/2461(c)

- [ ] Petty
- [ ] Minor
- [ ] Misdemeanor
- [ ] Felony

Place of Offense: Fresno

USC Citations:

Felon in Possession of a Firearm and Criminal Forfeiture

Name of District Court, and/or Judge Magistrate Location

EASTERN DISTRICT OF CALIFORNIA
FRESNO, CALIFORNIA

**DEFENDANT -- U.S. vs.**

LUIS MONTOYA

Address: { 1:12 CR 00044 AWI DLB

Birth Date

[X] Male  [ ] Female  [ ] Alien (if applicable)

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

SA Reynolds/ATF

- [ ] this person is awaiting trial in another Federal or State Court, give name of court.
- [ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District
- [ ] this is a reprosecution of previously dismissed which were dismissed on motion of:
  - [ ] U.S. Att'y
  - [ ] Defense

  SHOW DOCKET NO.

- [ ] this prosecution relates to a pending case involving this same
- [ ] prior proceeding or before U.S. Magistrate regarding this defendant were recorded

  MAGISTRATE CASE NO.

Name and Office of Person Furnishing information on

THIS FORM: Maria G. Robles

[ ] U.S. Att'y   [ ] Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Kimberly A. Sanchez

[X] ASSET FORFEITURE UNIT (Check if Forfeiture Allegation)

### DEFENDANT

**IS NOT IN CUSTODY**

1) [X] Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) [ ] On this charge
5) [ ] On another conviction  [ ] Fed'l  [ ] State
6) [ ] Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  [ ] Yes  [ ] No
If "Yes" give date

DATE OF ARREST ▶ Mo. Day Year

Or ... if arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ▶ Mo. Day Year

[ ] This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

Please issue no bail warrant

# PENALTY SLIP

**DEFENDANT:** Luis Montoya

**VIOLATION:** 18 U.S.C. § 922(g)(1) - Felon in Possession of Ammunition

**PENALTY:**
10 year maximum
$250,000 dollar fine
3 years supervised release
$100 special assessment fee

**VIOLATION:** 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) Criminal Forfeiture

**PENALTY:** As stated in Indictment