**DANIEL L. HARRALSON, BAR NO. 109322**
Daniel L. Harralson Law Corporation
Post Office Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Defendant: LUIS ROBERT MONTOY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>vs.<br><br>LUIS ROBERT MONTOY, et al.,<br><br>             Defendant. | Case No.: 1:12-CR-00044 LJO BAM-1<br><br>**ORDER FOR RELEASE FOR EVALUATION AT DELANCEY STREET LOS ANGELES, CALIFORNIA**<br><br>Date:  October    , 2019<br>Time:  8:30 a.m.<br>Judge:  Honorable O'Neill |

# **ORDER**

**IT IS HEREBY ORDERED** that Defendant, LUIS ROBERT MONTOY shall be released from LERDO on November 5, 2019, into the custody of Teri Rothschild, BS, to be transported to the Delancey Street Program, Los Angeles, California, for an interview on November 5, 2019, to determine Defendant, Luis Montoy's suitability and acceptance into the Delancey Street Program, Los Angeles, California. Should Mr. Montoy be found suitable and, thereby accepted into the Delancey Street Program in Los Angeles, California, he shall remain there to participate in the program for a period of not less than 24 months.

Should Mr. Montoy be found unsuitable and, therefore, not acceptable into the Delancey Street Program, Los Angeles, California, he shall be immediately and directly returned by Teri Rothschild, BS, to LERDO and placed into custody.

IT IS SO ORDERED.

Dated: **October 29, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE