**DANIEL L. HARRALSON, BAR NO. 109322**
Law Office of Daniel L. Harralson
Post Office Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Defendant: LUIS ROBERT MONTOY

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>    vs.<br><br>LUIS ROBERT MONTOY,<br><br>                    Defendant | ) Case No.: 1:12-CR-00044-DAD-BAM-1<br>)<br>) **MOTION TO TERMINATE CJA**<br>) **APPOINTMENT OF DANIEL L.**<br>) **HARRALSON AS ATTORNEY OF**<br>) **RECORD AND ORDER**<br>)<br>)<br>)<br>)<br>) |

   On September 9, 2019, Defendant, LUIS ROBERT MONTOY was indicted on Federal charges.  CJA Panel Attorney Daniel L. Harralson, was appointed as trial counsel to represent Mr. Montoy on September 18, 2019 in his criminal case.  Mr. Montoy was sentenced following his admitted guilt to violation of charge(s) 1, 2, 3 and 4 on September 10, 2021.  The time for filing a direct Appeal was September 24, 2021, no direct appeal was filed as Mr. Montoy waived his appeal rights.  Mr. Montoy was in custody at the time of Sentencing and the trial phase of Mr. Montoy's criminal case has, therefore, come to an end.   Having completed his representation of Mr. Montoy, CJA Attorney, Daniel L. Harralson now moves to terminate his appointment under the Criminal Justice Act.

\\\

\\\

Should Mr. Montoy require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: August 2, 2023                    Respectfully submitted,

                                      /s/ Daniel L. Harralson
                                      **DANIEL L. HARRALSON**, Attorney for Defendant **LUIS ROBERT MONTOY**

## ORDER

Having reviewed the notice and found that attorney Daniel L. Harralson has completed the services for which he was appointed, the Court hereby grants attorney Harralson's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

Defendant is no longer in custody and a copy of this Motion has been mailed to Defendant Luis Robert Montoy's last address on record with U.S. Probation. It is further requested that the Clerk of Court update the docket to reflect Defendant's Pro Se Status.

**Luis Robert Montoy**
**400 N. Vermont Ave.**
**Los Angeles, California 90004**

IT IS SO ORDERED.

Dated:   **August 2, 2023**                         *Dale A. Drozd*
                                                           UNITED STATES DISTRICT JUDGE